945 F.2d 396
 Stoner (Charles A., Dorothy)
v.
Consol-Pennsylvania Coal Company, Rhein Braun U.S.,
Monongahela Railway Company, Boggs (David), Pollock (Ewing),
Pollock, Pollock and Thomas, The Upshur agency, Inc.,
Consolidated Coal Company, Consol-Land Development Company,
Rheinische Braunkohlenwerke, Verkaufsgesellschaft (Maria Therese)
 NO. 90-3489
 United States Court of Appeals,
Third Circuit.
 SEP 24, 1991
 
 Appeal From: W.D.Pa.,
 Smith, J.,
 
 740 F.Supp. 1126
 
 1
 AFFIRMED.